UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert FURTICK, Defendant–
Appellant.

No. 01–7498.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2001.

Decided Jan. 14, 2002.

Robert Furtick, Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Furtick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Furtick,* Nos. CR–98–1014; CA–01–2273–3–17 (D.S.C. July 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*